Phillip Silvestri, Esq.
Nevada Bar No. 11276
BLACKSTONE TRIAL GROUP
1980 Festival Center Dr., Ste. 300
Las Vegas, NV 89135
Tel: (659) 241-4624
phillip.silvestri@blackstonetrial.com

*Attorneys for Defendant*
*NAPHCARE, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA QUINTANA, individually and as Special Administrator of the ESTATE OF ANDREW P. QUINTANA (Decedent); ANDREW S. QUINTANA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS ex rel. NORTH LAS VEGAS POLICE DEPARTMENT and/or NORTH LAS VEGAS COMMUNITY CORRECTIONAL CENTER; NORTH LAS VEGAS POLICE DEPARTMENT; NORTH LAS VEGAS COMMUNITY CORRECTIONAL CENTER; DOE CORRECTIONAL OFFICERS 1-10; DOE SUPERVISORY DEFENDANTS 1-10; DOE JAIL ADMINISTRATORS 1-10; NAPHCARE, INC.; ROE MEDICAL CONTRACTOR; DOE MEDICAL PERSONNEL 1-10; ROE POLITICAL SUBDIVISIONS 1-5; inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00398-CDS-MDC<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant NAPHCARE, INC. ("NaphCare") by and through the undersigned counsel, moves for an Order extending NaphCare's deadline to respond to Plaintiff's Complaint (Doc. 2-1 (the "Complaint"), and in support states as follows:

This action arises from the death of pretrial detainee Andrew Quintana at the North Las Vegas Community Correctional Center on January 10, 2024. NaphCare previously moved to dismiss

the Complaint on various grounds. (Doc. 5). On July 7, 2026, the Court granted in part and denied in part NaphCare's Motion to Dismiss (Doc. 7, the "Order"). The Court's Order provides Plaintiffs the opportunity to amend their Complaint and provides an amendment deadline of July 30, 2026. *Id.* The undersigned has conferred with counsel for Plaintiffs, and Plaintiffs intend to file an amended complaint per the Court's Order.

At present, NaphCare's deadline to respond to the Complaint is July 21, 2026. Because Plaintiffs intend to amend the Complaint, NaphCare respectfully requests that the Court extend NaphCare's deadline to respond to the pending Complaint for 14 days, through and until August 4, 2026, which is after the deadline for Plaintiffs to file their Amended Complaint. Good cause exists for this extension because many of the claims in the current Complaint have been dismissed, and it is unclear what claims Plaintiff will re-allege. Extending the deadline will promote efficiency in pleading such that NaphCare will not be required to respond to a Complaint that will immediately be amended.

The undersigned certifies that he conferred with counsel for Plaintiffs. Plaintiffs do not oppose the relief requested herein.

Dated this 21st day of July, 2026.

**BLACKSTONE TRIAL GROUP**

*/s/ Phillip A. Silvestri, Esq.*
Phillip Silvestri, Esq.
Nevada Bar No. 11276
1980 Festival Center Dr., Ste. 300
Las Vegas, NV 89135
Tel: (659) 241-4624
phillip@blackstonetrial.com

*Attorneys for Defendant*
*NAPHCARE, INC*

**ORDER**

**IT IS SO ORDERED.**

______________________________
**Hon. Maximiliano D. Couvillier, III**
**United States Magistrate Judge**

**Dated:** August 3, 2026



BLACKSTONE TRIAL GROUP