Phillip Silvestri, Esq.
Nevada Bar No. 11276
BLACKSTONE TRIAL GROUP
1980 Festival Center Dr., Ste. 300
Las Vegas, NV 89135
Tel: (659) 241-4624
phillip.silvestri@blackstonetrial.com

*Attorneys for Defendant*
*NAPHCARE, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA QUINTANA, individually and as Special Administrator of the ESTATE OF ANDREW P. QUINTANA (Decedent); ANDREW S. QUINTANA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS ex rel. NORTH LAS VEGAS POLICE DEPARTMENT and/or NORTH LAS VEGAS COMMUNITY CORRECTIONAL CENTER; NORTH LAS VEGAS POLICE DEPARTMENT; NORTH LAS VEGAS COMMUNITY CORRECTIONAL CENTER; DOE CORRECTIONAL OFFICERS 1-10; DOE SUPERVISORY DEFENDANTS 1-10; DOE JAIL ADMINISTRATORS 1-10; NAPHCARE, INC.; ROE MEDICAL CONTRACTOR; DOE MEDICAL PERSONNEL 1-10; ROE POLITICAL SUBDIVISIONS 1-5; inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00398-CDS-MDC<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO AMEND (Doc. 38)**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, the Parties, by and through their respective counsel of record, stipulate to extend the deadline for Defendants to respond to Plaintiffs' pending Motion to Amend (Doc. 38) ("Motion to Amend") and in support state as follows:

Recently, counsel for NaphCare was informed that the decedent in this case, Andrew P. Quintana, had a son, who is currently a minor. On October 8, 2026, NaphCare's counsel informed

BLACKSTONE TRIAL GROUP

Plaintiffs' counsel of this development, at which time counsel for Plaintiffs requested time to investigate the issue. Without admitting that the decedent had a son, and who would therefore be the proper heir to the decedent's estate, Plaintiffs' counsel has acknowledged that the issue of the proper heir needs to be addressed before this case should proceed substantively. To that end, counsel for all Parties agree that an extension of Defendants' deadline to respond to the pending motion to amend is warranted and supported by good cause.

Given that this extension is related to a substantive issue that has arisen in the case that predominates over responding to the Motion to Amend, the Parties request that Defendants' deadline be extended thirty (30) days, to allow the Parties time to address the heirship issue and determine how best to proceed with this case, if at all.

This is the Parties' first request for an extension of this deadline, and is not requested for purposes of delay.

Dated this 16th day of October, 2026

**Blackstone Trial Group**

*<u>/s/ Phillip A. Silvestri</u>*
Phillip A. Silvestri, Esq.
NV Bar No. 11276

*Attorney for NaphCare*

**Lewis Brisbois Bisgaard & Smith LLP**

*<u>/s/ Robert Freeman</u>*
Robert Freeman, Esq.
NV Bar No. 3062
Matthew Freeman, Esq.
NV Bar No. 14198

*Attorneys for North Las Vegas Defendants*

**Richard Harris Law Firm**

*<u>/s/ Jonathan Lee</u>*
Jonathan Lee, Esq.
NV Bar No. 13524

*Attorney for Plaintiffs*

**IT IS FURTHER ORDERED** that defendants' response to plaintiffs' Motion to Amend shall be filed on or before **November 19, 2026**.

**<u>IT IS SO ORDERED:</u>**

______________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2026