Phillip Silvestri, Esq.
Nevada Bar No. 11276
BLACKSTONE TRIAL GROUP
1980 Festival Center Dr., Ste. 300
Las Vegas, NV 89135
Tel: (659) 241-4624
phillip.silvestri@blackstonetrial.com

*Attorneys for Defendant*
*NAPHCARE, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA QUINTANA, individually and as Special Administrator of the ESTATE OF ANDREW P. QUINTANA (Decedent); ANDREW S. QUINTANA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS ex rel. NORTH LAS VEGAS POLICE DEPARTMENT and/or NORTH LAS VEGAS COMMUNITY CORRECTIONAL CENTER; NORTH LAS VEGAS POLICE DEPARTMENT; NORTH LAS VEGAS COMMUNITY CORRECTIONAL CENTER; DOE CORRECTIONAL OFFICERS 1-10; DOE SUPERVISORY DEFENDANTS 1-10; DOE JAIL ADMINISTRATORS 1-10; NAPHCARE, INC.; ROE MEDICAL CONTRACTOR; DOE MEDICAL PERSONNEL 1-10; ROE POLITICAL SUBDIVISIONS 1-5; inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00398-CDS-MDC<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO AMEND (Doc. 38)**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, the Parties, by and through their respective counsel of record, stipulate to extend the deadline for Defendants to respond to Plaintiffs' pending Motion to Amend (Doc. 38) ("Motion to Amend") and in support state as follows:

As detailed in the Parties' prior request to extend this deadline, a dispute has arisen as to whether Plaintiffs have standing to bring the majority of their claims, due to the fact that the decedent

purportedly had a minor son at the time of his passing ("J.Q."). The issue of proper heirship is in the process of being addressed between Plaintiffs and J.Q.

Over the past thirty days, Plaintiffs and J.Q. have been meeting and conferring to address how to handle the competing claims of heirship. Those discussions are still ongoing. Today, counsel for all Parties, as well as counsel for J.Q. met and conferred to discuss how this litigation would progress moving forward. Counsel for J.Q. advised that he would likely be moving to intervene today. Counsel for Plaintiffs advised that Plaintiffs are evaluating which, if any, of their claims they wish to pursue.

Because the potential claims in this case are likely to materially change in the coming days, and that the Motion to Amend may be mooted, the Parties agreed that responding to the pending motion to amend at this time (and perhaps at all) would be inefficient. To that end, counsel for all Parties agree that an extension of Defendants' deadline to respond to the pending motion to amend is warranted and supported by good cause. The Parties request that Defendants' deadline be extended an additional thirty (30) days, to allow the Parties time to address the heirship issue, J.Q.'s claims, and how, if at all, to proceed with the current Plaintiffs' claims.[1]

///

///

///

///

///

///

///

///

///

///

[1] During today's meet and confer, the Parties, along with J.Q., also discussed staying discovery and vacating the current scheduling order while the claims and defenses that were operative were resolved. The Parties contemplate submitting a stipulation to this effect after J.Q. moves to intervene.



BLACKSTONE TRIAL GROUP

This is the Parties' second request for an extension of this deadline, and is not requested for purposes of delay.

Dated this 17th day of November, 2026.

**Blackstone Trial Group**

*/s/ Phillip A. Silvestri*
Phillip A. Silvestri, Esq.
NV Bar No. 11276

*Attorney for NaphCare*

**Richard Harris Law Firm**

*/s/ Jonathan Lee, Esq.*
Jonathan Lee, Esq.
NV Bar No. 13524

*Attorney for Plaintiffs*

**Lewis Brisbois Bisgaard & Smith LLP**

*/s/ Matthew Freeman, Esq.*
Robert Freeman, Esq.
NV Bar No. 3062
Matthew Freeman, Esq.
NV Bar No. 14198

*Attorneys for North Las Vegas Defendants*

**ORDER**

**IT IS FURTHER ORDERED** that defendants' response to plaintiffs' Motion to Amend (ECF No. 38) shall be filed on or before **December 21, 2026**.

**IT IS SO ORDERED:**

____________________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2026

BLACKSTONE TRIAL GROUP

## CERTIFICATE OF SERVICE

The undersigned certifies that I filed and served a copy of the foregoing document via the Court's CM/ECF system, which sends electronic notification to all registered parties and counsel of record.

Dated this 17th day of November, 2026.

**BLACKSTONE TRIAL GROUP**

*/s/ Phillip A. Silvestri, Esq.*
Phillip Silvestri, Esq.